# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VAu 1-576-198

**Effective Date of Registration:**
December 19, 2025
**Registration Decision Date:**
February 19, 2026

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

**Title of Group:** One Minute with God for Men
**Number of Photographs in Group:** 10

- **Individual Photographs:** One Minute with God for Men-1,
One Minute with God for Men-2,
One Minute with God for Men-3,
One Minute with God for Men-4,
One Minute with God for Men-5,
One Minute with God for Men-6,
One Minute with God for Men-7,
One Minute with God for Men-8,
One Minute with God for Men-9,
One Minute with God for Men-10

### Completion/Publication

**Year of Completion:** 2019

### Author

- **Author:** Suying Wu
**Author Created:** photographs
**Citizen of:** China
**Year Born:** 1973

### Copyright Claimant

**Copyright Claimant:** Suying Wu
No. 416, Xuegang North Road, Qinghu Community, Longhua Sub-district,

Longhua District, Shenzhen City, Guangdong Province, China

## Rights and Permissions

    **Name:** Suying Wu
   **Address:** No. 416, Xuegang North Road, Qinghu Community, Longhua Sub-district, Longhua District
       Shenzhen City, Guangdong Province China

## Certification

    **Name:** Matilda Gomez
    **Date:** December 19, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





One Minute
WITH GOD
FOR MEN
365 DAILY DEVOTIONS


















# · EXAMPLE ·

### In what ways can I be a good example?

Whether you like it or not, people are always watching you. This means that you are setting an example for others, good or bad. You can set a good example by living as closely as possible to Jesus' attitudes and actions. If you use Jesus as your example, you won't have to worry that you are setting a poor example for others. What kind of example have you been demonstrating to others lately?

### — GOD'S RESPONSE —

*You know that the way we lived among you was further proof of the truth of our message.*
1 Thessalonians 1:5

*You yourself must be an example to them by doing good deeds of every kind.*
Titus 2:7

### — GOD'S PROMISE —

*Be an example to all believers in what you teach, in the way you live, in your love, your faith, and your purity … Stay true to what is right, and God will save you and those who hear you.*
1 Timothy 4:12, 16

---

# · HYPOCRISY ·

### How can I avoid being a hypocrite?

Hypocrisy is not practicing what you preach. You claim to believe something, but your actions contradict this. Perhaps the worst hypocrisy is found in a Christian who claims to serve God but behaves as if he doesn't. The only sure way to avoid hypocrisy in your life is to faithfully serve God without contradiction. This involves continually studying God's Word so that you can avoid confusing God's standards of living with those of the world.

### — GOD'S RESPONSE —

*If you claim to be religious but don't control your tongue, you are just fooling yourself, and your religion is worthless.*
James 1:26

*My dear brothers and sisters, how can you claim that you have faith in our glorious Lord Jesus Christ if you favor some people more than others?*
James 2:1

*The LORD says, "These people say they are Mine. They honor Me with their lips, but their hearts are far away."*
Isaiah 29:13

### — GOD'S PROMISE —

*False prophets and hypocrites—evil people who claim to want My advice—will all be punished for their sins.*
Ezekiel 14:10

# · LEGACY ·

*How can I make lasting memories of God's work in my life?*

As the Israelites set up stones to remind them of God's miraculous parting of the Jordan River, we can think of creative ways to remind ourselves and our families of God's special work in our lives and in the lives of those who went before us. We can celebrate special anniversaries, write spiritual journals, sing worship songs, or tell stories of memory-laden objects to remind us of God's blessing in our lives. We need reminders of God's faithfulness to us. What are you doing today to show God's faithfulness to future generations?

## ── GOD'S RESPONSE ──

*Moses gave them this command from the LORD: "Take two quarts of manna and keep it forever as a treasured memorial of the LORD's provision. By doing this, later generations will be able to see the bread that the LORD provided in the wilderness when He brought you out of Egypt."*
Exodus 16:32

*We will use these stones to build a memorial. In the future, your children will ask, "What do these stones mean to you?"*
Joshua 4:6

## ── GOD'S PROMISE ──

*God said, "I am giving you a sign as evidence of My eternal covenant with you and all living creatures. I have placed My rainbow in the clouds. It is the sign of My permanent promise to you and to all the earth."*
Genesis 9:12-13

# JUNE

