UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

SUYING WU,                                :

                  Plaintiff,         :

                                    :

          -v-                     :         26 Civ. 5505 (JPC)

                                    :

THE INDIVIDUALS, CORPORATIONS, LIMITED   :         ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A,                         :

                                    :

                Defendants.      :

                                    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for Plaintiff Suying Wu is ordered to appear before the undersigned for a conference on July 2, 2026, at 11:00 a.m., to discuss Wu's *ex parte* motions for a temporary restraining order, Dkt. 9, and to seal various submissions, Dkt. 6.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated:  June 30, 2026
        New York, New York

                                     JOHN P. CRONAN
                            United States District Judge